# Mary B. Grossman
Chapter 13 Trustee
United States Bankruptcy Court
Eastern District Of Wisconsin

Telephone (414) 271-3943
Fax (414) 271-9344
info@chapter13milwaukee.com

740 N. Plankinton Avenue
Suite 400
Milwaukee, Wisconsin 53203

August 18, 2009

Clerk of US Bankruptcy Court
126 U S Courthouse
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE: DBTR: DORTHA M. JOHNSON
    CASE NO: 05-32591-JES

Dear Clerk of US Bankruptcy Court:

Enclosed please find check # 1056911 which replaces check # 1051908 (copy attached) in the above case. Please deposit these funds as unclaimed funds, as they were returned by the United States Postal Service.

Thank You.

OFFICE OF CHAPTER 13 TRUSTEE

cc: file

**Mary B. Grossman
Chapter 13 Trustee**
740 Plankinton Ave
Suite 400
Milwaukee, WI 53203
(414) 271-3943

June 29, 2009

SunTrust Bank    64-79/611

No. 1051908

**VOID**

PAY** Twenty One Dollars and 62 Cents*********************  AMOUNT **************$21.62 ***
TO THE ORDER OF

00079771
CHARLYN D. GODWIN
2341 NORTH 1ST STREET
MILWAUKEE, WI 53212-

VOID AFTER September 27, 2009
Positive Pay Account

⑈1051908⑈ ⑆061100790⑆ 000000575177⑈

Mary B. Grossman, Chapter 13 Trustee          Check No. 1051908
Pay to: 00079771  CHARLYN D. GODWIN
   Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 05-32591-JES | 007-0 | DORTHA M. JOHNSON | | 78.84 | 21.62 | 0.00 | 21.62 |

